> Application GRANTED.
>
> The initial pretrial conference scheduled for January 30, 2024 is ADJOURNED to **February 27, 2024, at 10:30 a.m. EST**. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 236 219 169#, followed by the pound (#) sign. The joint status letter and Proposed Civil Case Management Plan and Scheduling Order are due **February 20, 2024**.
>
> Plaintiff shall serve this order on Defendants via Federal Express and file proof of service on ECF by **January 31, 2024**.
>
> The Clerk of Court is respectfully requested to close ECF No. 12.
>
> SO ORDERED.
>
> *[signature]*
>
> Dale E. Ho
> United States District Judge
> Dated: January 24, 2024
> New York, New York

R. Terry Parker, Esq.
Law Office of R. Terry Parker
43 West 43rd Street, Ste. 275
New York, New York 10036-7424
Tel: (212) 859-5068
Email: terry@rterryparkerlaw.com

January 23, 2024

**VIA ECF**

Honorable Dale E. Ho
United States District Judge
United States District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 905
New York, New York 10007

Re:   **Minden Pictures, Inc. v. Sup China Inc.**
      **Docket No. 1:23-cv-10312**

Dear Judge Ho:

We represent the plaintiff Minden Pictures, Inc. ("Plaintiff") in the above-referenced action. We write regarding this Court's Order of November 27, 2023 (ECF No. 5) regarding the parties' initial pretrial conference, which is scheduled for January 30, 2024 at 2:30 p.m., with the parties proposed case management order and joint letter due today. However, Defendant has not responded or otherwise answered the complaint and has not responded to correspondence from the undersigned counsel.

Plaintiff thus requests that the parties' initial pretrial conference be stayed for 30 days. In the event Defendant does not respond to Plaintiff's correspondence or complaint within 30 days, Plaintiff intends to seek a default judgment in accord with to Your Honorable's Individual Practices.

Respectfully submitted,

/s/ R. Terry Parker

cc:   Sup China, Inc. (via email)