

R. Terry Parker, Esq.
Law Office of R. Terry Parker
43 West 43rd Street, Suite 275
New York, New York 10036-7424
Tel: (212) 859-5068
Email: terry@rterryparkerlaw.com

February 21, 2024

**VIA ECF**

Hon. Dale E. Ho
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     Minden Pictures, Inc. v. Sup China, Inc.
        Case No.: 23-cv-10312 (DEH)

Dear Judge Ho:

We represent the plaintiff Minden Pictures, Inc. ("Plaintiff") in the above-referenced action against the defendant Sup China, Inc. ("Defendant"). The parties' initial pretrial conference is currently scheduled for February 27, 2024 at 10:30 a.m. (EST). However, while Defendant was served on December 6, 2023, Defendant has not answered or otherwise responded to the Complaint. Nor has Defendant responded to correspondence from Plaintiff. Accordingly, Plaintiff requests that the parties' initial pretrial conference be adjourned. In the event Defendant fails to answer or otherwise in the next 14 days, Plaintiff will seek a default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/R. Terry Parker

cc:  Defendant (at last known address)

---

Application GRANTED.

The initial pretrial conference is **ADJOURNED** sine die. If Defendant fails to answer or otherwise respond within 2 weeks, Plaintiff shall file a Motion for Default Judgment and Proposed Clerk's Certificate of Default.

The Clerk of Court is respectfully requested to close ECF No. 19.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: February 21, 2024
New York, New York