UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MINDEN PICTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUP CHINA, INC., <br><br> Defendant. | 23-CV-10312 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

    A Clerk's Certificate of Default is required to seek a default judgment. The February 20, 2024, filing of Plaintiff's Proposed Clerk's Certificate of Default was deemed deficient by the Clerk's Office. *See* ECF No. 17. The Court ordered Plaintiff to refile by March 22, 2024, but to date, it has not filed it. *See* ECF No. 23. By **March 29, 2024**, Plaintiff shall refile a Proposed Clerk's Certificate of Default, for the Clerk's approval.

    SO ORDERED.

Dated: March 28, 2024
       New York, New York

                                                              DALE E. HO
                                                       United States District Judge