UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINDEN PICTURES, INC.,

                              Plaintiff,

        -v-

SUP CHINA, INC.,

                              Defendant.

CIVIL ACTION NO. 23 Civ. 10312 (DEH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **April 5, 2024**, Plaintiff shall order a transcript of the April 2, 2024 telephone conference before the Honorable Dale E. Ho, and shall select the 7-day option for service.

Dated:      New York, New York
            April 4, 2024

                              SO ORDERED.

                              **SARAH L. CAVE**
                              **United States Magistrate Judge**