UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINDEN PICTURES, INC.,

                Plaintiff,

-v-                                  CIVIL ACTION NO. 23 Civ. 10312 (DEH) (SLC)

SUP CHINA, INC.,                      **SCHEDULING ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

This matter having been referred to me to conduct an inquest and to report and recommend concerning Plaintiff's damages, it is hereby **ORDERED** that:

1. By **May 22, 2024**, Plaintiff shall submit proposed findings of fact and conclusions of law concerning (i) Plaintiff's entitlement under Fed. R. Civ. P. 55(b)(2) to default judgment on the issue of Defendant's liability and (ii) Plaintiff's damages. Plaintiff must support all factual assertions concerning damages by affidavit and/or other evidentiary material. Plaintiff's requested attorneys' fees and costs must be recorded in the form below, adding fields as necessary, and supported by evidentiary material.

2. Defendant shall submit its response, if any, to Plaintiff's submissions no later than **June 12, 2024**. IF DEFENDANT (1) FAILS TO RESPOND TO PLAINTIFF'S SUBMISSIONS, OR (2) FAILS TO CONTACT MY CHAMBERS BY **JUNE 12, 2024** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES

1

BASED ON PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING. See Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp., 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'") (quoting Fustok v. ContiCommodity Services Inc., 873 F.2d 38, 40 (2d Cir. 1989)).

Plaintiff is directed to serve this Order on Defendant and file proof of service by no later than **May 3, 2024.**

Dated:   New York, New York
         May 1, 2024

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge

2

| Requested Attorneys' Fees | | | |
|---|---|---|---|
| **Timekeeper** | **Requested Rate** | **Requested Hours** | **Requested Total** |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | **TOTAL**: |  |

| Requested Costs | | |
|---|---|---|
| **Type of Expense** | **Evidence (with ECF cite)** | **Amount Requested** |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **TOTAL**: |  |