UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MINDEN PICTURES, INC.,

                Plaintiff,                          23 **CIVIL** 10312 (DEH)(SLC)

       -against-                                **JUDGMENT**

SUP CHINA, INC.,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 2, 2024, the Court adopts the Report & Recommendation in its entirety. Default judgment is entered against Defendant, awarding Plaintiff (1) statutory damages in the amount of $7,500 for copyright infringement, (2) attorneys' fees in the amount of $4,815.00, (3) costs in the amount of $749.22, and (4) post-judgment interest pursuant to 28 U.S.C. § 1961. It is further recommended that neither prejudgment interest nor a permanent injunction be awarded.

**Dated:** New York, New York
         December 03, 2024

                                                    **DANIEL ORTIZ**
                                                  **Acting Clerk of Court**

                           **BY:**
                                                  **Deputy Clerk**